[No. 28619-0-II.   Division Two.   March 4, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JULIE ANN BLANC, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-03846-1, Terry D. Sebring, J., entered March 27, 2002. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Quinn-Brintnall, JJ.

[Nos. 28631-9-II; 28632-7-II.   Division Two.   March 4, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA S. ZWART, *Appellant*.

Appeals from a judgment of the Superior Court for Grays Harbor County, No. 01-1-00624-2, Gordon Godfrey, J., entered March 25, 2002. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt, C.J., and Morgan, J.

[Nos. 20279-8-III; 20599-1-III.   Division Three.   March 6, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. WINTO JEROME EVERETTE, *Appellant*.

*In the Matter of the Personal Restraint of* WINTO JEROME EVERETTE, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-00348-9, Salvatore F. Cozza, J., entered June 19, 2001, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Schultheis, J., concurred in by Kato, A.C.J., and Kurtz, J.